United States District Court
Middle District of Florida
Ocala Division

**SELINES SOLER,**

    *Plaintiff,*

v.                                        **NO. 5:26-cv-201-JEP-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

---

## Order

The plaintiff filed the complaint on March 17, 2026. Doc. 1. The next day, the court notified the Commissioner of Social Security of the commencement of the action by transmitting a Notice of Electronic Filing to the Office of General Counsel for the Social Security Administration and to the United States Attorney's Office for the Middle District of Florida.

The Commissioner must serve an answer or a motion under Rule 12, Federal Rules of Civil Procedure, within 60 days after notice of the action is given. Fed. R. Civ. P. Supp. Soc. Sec. R. 4(a), (c). "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

The Commissioner's response to the complaint was due on May 18, 2026. The Commissioner has filed nothing.

By **June 9, 2026**, the Commissioner must show cause why the clerk should not enter default against him.

**Ordered** in Jacksonville, Florida, on May 26, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:    Selines Soler
      5240 N.W. 33rd Pl.
      Ocala, FL 34482

2