United States District Court
Middle District of Florida
Ocala Division

**SELINES SOLER,**

*Plaintiff,*

v.

**NO. 5:26-cv-201-JEP-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

*Defendant.*

_____

## Order

Considering the Commissioner of Social Security's response to the order to show cause, Doc. 11, the preference for deciding disputes on the merits, and the filing of an answer, Doc. 9, and the administrative record, Doc. 10, the court **discharges** the order to show cause, Doc. 8

The plaintiff's brief is due by **June 26, 2026**.

**Ordered** in Jacksonville, Florida, on May 29, 2026.

Patricia D. Barksdale
United States Magistrate Judge